## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Colleen P. Finn, being duly sworn, depose and state as follows, to wit:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and am currently assigned to the Tucson office. I have been an FBI Special Agent (SA) since August 1, 2021. Prior to being an FBI SA, I was employed as an FBI Intelligence Analyst since January 10, 2016. I am currently responsible for investigating federal crimes occurring within the District of Arizona, to include violent crimes occurring in the Tohono O'odham Nation. In my capacity as an FBI SA, I have received formal and on-the-job training pertaining to violent crime investigations. The statements contained in this affidavit are based on my experience and background as a SA and on information provided by other law enforcement agents.

2. I am submitting this Affidavit under Rule 41 of the Federal Rules of Criminal Procedure in support of an Application for a Search Warrant authorizing a search of the residential property owned by the decedent, M.E., located within the boundaries of the Tohono O'odham Nation, in the village of South Komelik, Mile Marker 10.7, Topawa Arizona 85639, near GPS coordinates 31.704048, -111.774740 (SUBJECT PREMISES).

3. The facts of this case, as more fully detailed herein, are that on January 16, 2023, within the District of Arizona, UNKNOWN SUBJECTS (UNSUBS) violated federal law by committing First Degree Murder, in violation of Title 18, United States Code (U.S.C.) §§ 1153 and 1111.

4. I am requesting that the Court issue a search warrant to search for evidence of the above violations located at SUBJECT PREMISES, more particularly described in Attachment A. The purpose of this application is to seize evidence, more particularly described in Attachment B, in support of an investigation into the aforementioned violations.

5. Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that evidence of violations of 18 U.S.C. §§ 1153 and 1111, occurred.

## PROBABLE CAUSE

6. On January 16, 2023, at approximately 1:30 p.m., Tohono O'odham Police Department (TOPD) Officers Jose Infante and Luis Degrazia were dispatched to South Komelik, Mile Marker 10.7, Topawa, Arizona 85639 (SUBJECT PREMISES), near GPS coordinates 31.704048, -111.774740, located in the South Komelik Community. TOPD was contacted by Steven Rivas (RIVAS), who informed TOPD that his brother-in-law, M.E. (decedent), was unresponsive in a large pool of blood, laying on the living room floor of the SUBJECT PREMISIS. The SUBJECT PREMISES is owned by M.E, where he lived with his romantic partner known by law enforcement officers as James Javier (JAVIER). Law enforcement officers learned that M.E. is a certified and enrolled member of the Tohono O'odham Nation.

7. After arriving at the SUBJECT PREMISES, TOPD officers found M.E. inside of the SUBJECT PREMISES, obviously deceased from blunt force trauma. TOPD officers conducted a safety sweep and located Maylene Melissa Harvey (HARVEY) inside her bedroom. The officers escorted HARVEY out of the residence, and then cleared and secured the SUBJECT PREMEIES until FBI and TOPD Detectives arrived.

8. A walkthrough of the home by FBI revealed several bloody footprints throughout the house, to include the living room, kitchen, hallway, and bathroom. The FBI confirmed the decedent, M.E., was laying in a pool of blood with obvious signs of blunt force trauma.

9. An interview of RIVAS by the FBI revealed both M.E. and JAVIER were at the residence watching a football game on the evening of January 15, 2023. At approximately 9:00 p.m. on January 15, 2023, RIVAS went to the residence to check up on HARVEY, who is his stepdaughter, and noticed someone laying on the floor, near where the decedent was found on January 16, 2023. RIVAS denied walking into any room except HARVEYs. HARVEY is confined to a wheelchair and is incapable of having made the bloody footprints.

## CONCLUSION

10. Based on the foregoing, I submit that there is probable cause that the UNSUBS have violated federal law, specifically 18 U.S.C. §§ 1153 and 1111, by committing First Degree Murder, and that the property, evidence, fruits and instrumentalities of this offense, more fully described in Attachment B of this

Affidavit, are located at the SUBJECT PREMISES, more fully described in Attachment A.

Respectfully submitted,

COLLEEN FINN
Digitally signed by COLLEEN FINN
Date: 2023.01.16 20:36:37 -07'00'

Colleen Finn
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 16th day of January 2023.

United States Magistrate Judge

## ATTACHMENT A

## DESCRIPTION OF THE PROPERTY TO BE SEARCHED

The SUBJECT PREMISES is a single-family residential property, which has a tan exterior, with a brown door and brown trim, located in the Tohono O'odham Nation, in South Komelik, Mile Marker 10.7, Topawa Arizona 85639, near GPS coordinates 31.704048, -111.774740.

## ATTACHMENT B

## ITEMS TO BE SEIZED

1. Clothing or items which appear to have blood on them;
2. Swabs of any substance which appear to be blood;
3. Objects or weapons capable of causing blunt force trauma as visible on the victim; and
4. Shoes or footwear consistent with the bloody footprints observed within the subject premises.