SEARCH WARRANT RETURN (REV. 03/13)

☒ FILED  ☐ LODGED
Jan 23 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.: 23-08422MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/16/2023 | 1/16/2023 9:25 p.m. | Bernice Tashquinth |

INVENTORY MADE IN THE PRESENCE OF Bernice Tashquinth

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached FD-597

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 1/23/2023

_____
Executing Officer's Signature

Oscar A. Ramirez
Special Agent
Printed Name and Title

FD-597 (Rev. 4-13-2015)    Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 230116032

On (date): 01/16/23

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Michael Eleando
(Street Address) South Komelic mm 10.7
(City) Tohono O'odham Nation

Description of Item(s):

1. Shoe Print stain swab    Evidence item #5
2. Shoe Print stain swab    Evidence item #6
3. Shoe Print stain swab    Evidence item #7
4. tooth    Evidence Item (EI) #2
5. tooth    EI #8
6. Swipe of red stain    EI #10
7. Sweatshirt (grey)    EI #9
8. Piece of Santo    EI #3
9. Pieces of Santo    EI #4
10. Large Piece of Santo    EI #1
11. tooth
12. Pieces of Santo

copy of SW left with Bernice.Tashquinth@tonation-nsn.gov
Michael's G.F.

(520) 349-3042

Received By: Bernice Tashquinth (Signature)
Printed Name/Title: Bernice Tashq...

Received From: (Signature)
Printed Name/Title: Oscar Ramirez/16850